# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2019

160384(24)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

THELONIOUS DESHANE-EAR SEARCY,
    Defendant-Appellant.
_____/

SC: 160384
COA: 349169
Wayne CC: 04-012890-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply submitted on December 6, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2019



Clerk